## THE STATE ex rel. WILSON, Collector, v. FIRST NATIONAL BANK OF JOPLIN, Appellant.

In Banc, March 23, 1904.

TAXATION: Assessment Against Bank. The judgment in this case, which was for personal taxes assessed against a national bank, and not against its stockholders, is reversed on the authority of State ex rel. v. Bank, 180 Mo. 717.

Appeal from Jasper Circuit Court. — *Hon. Jos. D. Perkins,* Judge.

REVERSED.

ROBINSON, C. J.—This is an action by the collector of Jasper county against defendant, the First National Bank of Joplin, to collect certain personal taxes, amounting to $1,337.87, claimed to be due to the State and county for the year 1901, on account of an assessment against its shares of stock. The case was tried by the court, and a judgment rendered in favor

of the plaintiff, and is brought here on defendant's appeal.

The case in all its essential features is like that of State ex rel. Wilson v. First National Bank of Carterville, 180 Mo. 717.

Upon the authority of and for the reasons set out in the case of State ex rel. Wilson v. First National Bank of Carterville, supra, the judgment of the circuit court herein should be reversed, and it is so ordered. *Marshall, Gantt, Burgess, Valliant* and *Fox, JJ.,* concur; *Brace, J.,* dissents.

**TAXATION: Assessment Against Bank.** The judgment in this case, which was for personal taxes assessed against a national bank, and not against its stockholders, is reversed on the authority of State ex rel. v. Bank, 180 Mo. 717.

